422 A.2d 684

Commonwealth v. Singleton, Appellant.

Submitted December 8, 1978.   Robert S. Blasi, for appellant;  Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

422 A.2d 685

Wallin et ux. v. 1700 Market Street, Inc. and
Realty Services, Inc.

Appeal of Realty Services, Inc.

Argued March 21, 1979.   Robert J. Murphy, for appellant;  Paul Anapol, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.